

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00202-CV

Larry **DONAHO** and LTD. Exploration, Inc.,
Appellants

v.

**BOWDEN FORD LINCOLN MERCURY, INC.**, Ryan Construction Services, LLC, Annette
Griggs, Individually and As Representative of the Estate of Donald Ray Griggs, Individually and
d/b/a Ideal Constructions Services, and Berkley National Insurance Company,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-01-51841
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  May 7, 2014

DISMISSED FOR WANT OF PROSECUTION

When appellants filed this appeal, they were required to pay a $195.00 filing fee.  *See*

TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME

COURT, IN CIVIL CASES FILED IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013).  Appellants did not pay

the required filing fee.  Accordingly, the clerk of this court notified appellants by letter dated March

26, 2014, that their notice of appeal was conditionally filed and the filing fee was due no later than

April 7, 2014. On April 11, 2014, when the fee remained unpaid, this court ordered that appellants must, not later than April 21, 2014, either (1) pay the applicable filing fee, or (2) provide written proof to this court that they are indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay — at the time an item is presented for filing — whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."). The court advised appellants that if they failed to respond satisfactorily within the time ordered, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

The filing fee has not been paid and appellants have not otherwise responded to our April 11, 2014 order. We therefore **order** this appeal dismissed for want of prosecution. We further **order** that appellants bear all costs of this appeal.

PER CURIAM